UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  BRUCE E STEARNS
SANDRA STEARNS
8090 YOUNGMAN RD
GREENVILLE, MI 48838

CASE NO: GG-05-20740
Chapter 13
HON. James D. Gregg
Filed: Oct 16, 2005

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $8,720.75 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(A). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) follows:

**CREDITOR NAME:** Quality Leasing Co

**LAST KNOWN CREDITOR ADDRESS:** One Virginia Ave Ste 700
Indianapolis, IN 46204

Date: Jul 02, 2009                                    TRUSTEE: MARY K. VIEGELAHN

---

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 237102    — KD

July 09, 2009
11:10:15

UNCLAIMED FUNDS
05-20740

Debtor.: BRUCE E. STEARNS
Judge..: James D. Gregg
Trustee: MARY VIEGELAHN HAMLIN
Amount.:              $8,720.75 CH
Check#.: 56687

Total—>   $8,720.75

FROM: MARY VIEGELAHN